Sol Nash et al., Appellants, *v.* Atco Realty Corporation, Respondent.

Submitted November 17, 1948; decided December 2, 1948.

*Abraham M. Feinstein* for appellants.
*Simon Presant* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.